UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>ROBERT ENSLEE,<br><br>　　　　　　Defendant. | CASE NO. 3:24-cv-05346-TL<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *In Forma Pauperis* ("IFP") status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application (Dkt. 1) is **GRANTED**. However, based on the allegations in the proposed Complaint, it does not appear Plaintiff has adequately stated a claim. Therefore, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B) before issuance of a summons.

The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the District Judge assigned to this case.

Dated this 10th day of May, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Grady J. Leupold
　　　　　　　　　　　　　　　　　　　　　　　　　Grady J. Leupold
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 1